# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DOYLE LEE HAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:17-cv-02083-KOB |
| JEFFERSON S. DUNN, Commissioner, ) | |
| Alabama Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR A QUALIFIED HIPAA PROTECTIVE ORDER

COMES now the Plaintiff and the Defendants, by and through counsel, pursuant to this Court's standing uniform initial order, and jointly request this Court to enter a qualified protective order concerning medical records for the Plaintiff that are anticipated to be introduced at the upcoming hearing on January 31, 2018. The parties have filed a proposed order substantially in the form of the sample order, Appendix I, along with this motion.

                        Respectfully submitted,

                        STEVE MARSHALL
                        ALABAMA ATTORNEY GENERAL

*/s/ Bernard E. Harcourt*      */s/ Thomas R. Govan, Jr.*
Bernard E. Harcourt          Thomas R. Govan, Jr.
                                    Deputy Attorney General
Counsel for Plaintiff          Beth Jackson Hughes
                                    Assistant Attorney General

                        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2018, I served the above notice by email to the following: **Bernard Harcourt.**

>                             */s/ THOMAS R. GOVAN, JR.*
>                             Thomas R. Govan, Jr.
>                             Deputy Attorney General

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-3637 Fax
tgovan@ago.state.al.us