UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DOYLE LEE HAMM, | } |
| Plaintiff | } |
| | } Case Number: 2:17-CV-2083 KOB |
| v. | } |
| JEFFERSON S. DUNN, et al. | } |
| Defendants | } |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN AND/OR KEEPER OF **DOYLE LEE HAMM, AIS#0000z479**, AT HOLMAN CORRECTIONAL FACILITY, or any other official at the State of Alabama, Department of Corrections, having authority for the care, custody, control and transportation of **DOYLE LEE HAMM AIS #0000z479**, a prisoner of the State of Alabama.

GREETINGS:

WE command you, that you have the body of **Doyle Lee Hamm, AIS#0000z479** a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Northern District of Alabama, Hugo L. Black, United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama, on **Wednesday, January 31, 2018 at 9:00 AM**, then and there for an evidentiary hearing, in this case, and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

**DONE** this date: January 29, 2018.

SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

By: /s/ Herbert
Deputy Clerk