FILED
2018 Feb-26  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DOYLE LEE HAMM**,            ]<br>]<br>    **Plaintiff**,            ]<br>]<br>v.                ]<br>]<br>**JEFFERSON S. DUNN, Commissioner,** ]<br>**Alabama Department of Corrections, et** ]<br>**al.,**                ]<br>]<br>    **Defendants.**            ] | **CIVIL ACTION NO.:**<br>**2:17-CV-2083 KOB** |

## ORDER SETTING SCHEDULING CONFERENCE

This case is set for a Scheduling Conference on **Tuesday, March 6, 2018 at 2:00 PM**, eighth floor chambers of the undersigned. Before the conference, the parties SHALL discuss the possibility of an early settlement and shall identify the specific minimum discovery necessary before the case can be evaluated for settlement and shall be prepared to discuss these matters at the scheduling conference.

**DONE** and **ORDERED** this 26th day of February, 2018.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE