IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DOYLE LEE HAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:17-cv-02083-KOB |
| JEFFERSON S. DUNN, Commissioner, ) | |
| Alabama Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

Come now the Defendants, the Commissioner of the Alabama Department of Corrections, *et al*. (hereinafter "the State"), through the Alabama Attorney General's Office, and hereby request that the scheduling conference currently set for March 6, 2018, be reset for the week of March 12, or for the first available time on the Court's calendar. In support thereof, the State states to the following:

1. On February 26, 2018, this Court entered an order scheduling a status conference for March 6, 2018. Doc. 89. However, undersigned counsel, who is lead counsel in this case, is unavailable on that date due to being on military duty from March 5-7, 2018 in the United States Air Force Reserves.

1

2. Counsel for Plaintiff has been contacted about this request and does not object.[1] However, counsel for the Plaintiff has indicated that he is unavailable March 8-9. Thus, the parties request that the status conference be reset as soon as possible based on the Court's schedule, and, if possible, the week of March 12.

Wherefore for the premises considered, Defendants request that this Court reset the scheduling conference, which is currently scheduled on March 6, 2018, to the earliest available date on the Court's calendar, starting the week of March 12.

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

*s/ Thomas R. Govan, Jr.*
Thomas R. Govan, Jr.
*Alabama Deputy Attorney General*
Beth Jackson Hughes
*Alabama Assistant Attorney General*

---

[1] Counsel for Plaintiff wishes to note that he opposes any general delay in this case, which Defendants likewise concur. A brief delay of a few days for the status conference will not cause undue delay.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2018, I served the above notice by email to the following: **Bernard Harcourt.**

*s/ Thomas R. Govan, Jr.*
Thomas R. Govan, Jr.
*Alabama Deputy Attorney General*

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-3637 Fax
tgovan@ago.state.al.us