# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DOYLE LEE HAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:17-cv-02083-KOB |
| JEFFERSON S. DUNN, Commissioner, ) | |
| Alabama Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Doyle Hamm and Defendants, Jefferson S. Dunn, Commissioner of the Alabama Department of Corrections, Cynthia Stewart, Warden of Holman Correctional Facility, and Leon Bolling, Warden of Donaldson Correctional Facility, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of this action.  Counts 1 and 3 of Plaintiff's second amended complaint shall be dismissed with prejudice and Counts 2 and 4 of Plaintiff's second amended complaint shall be dismissed without prejudice.  Plaintiff's claim for monetary damages shall be dismissed with prejudice.

Respectfully submitted on this the 26th day of March, 2018.

Bernard E. Harcourt
*Attorney for Doyle Lee Hamm*
COLUMBIA LAW SCHOOL
435 West 116th Street

s/ *Thomas R. Govan, Jr.*
Thomas R. Govan, Jr.
*Deputy Attorney General*

s/ *Beth Jackson Hughes*

| | |
|---|---|
| New York, New York 10027 | Beth Jackson Hughes |
| Telephone: (212) 854-1997 | *Assistant Attorney General* |
| Fax: (212) 854-7946 | Office of the Attorney General |
| | 501 Washington Avenue |
| | Montgomery, AL 36130 |
| | (334) 242-7300 Office |
| | (334) 353-3637 Fax |
| *Counsel for Plaintiff, Doyle Hamm* | *Counsel for Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I served a copy of the attached pleading by electronic mail to opposing counsel, Assistant Attorneys General Thomas Govan and Beth Jackson Hughes at tgovan@ago.state.al.us and bhughes@ago.state.al.us, as well as to the Docket Clerk of the Capital Litigation Division of the Office of the Alabama Attorney General, Courtney Cramer at ccramer@ago.state.al.us.

BERNARD E. HARCOURT
*Counsel of Record*