FILED
2018 Mar-28  PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DOYLE LEE HAMM, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-02083-KOB (JDB) |
| JEFFERSON S. DUNN, et al., | ) |
| Defendant. | ) |

## MOTION TO INTERVENE AND UNSEAL JUDICIAL RECORDS

Pursuant to Federal Rule of Civil Procedure 24, Advance Local Media LLC d/b/a Alabama Media Group, the *Montgomery Advertiser*, and The Associated Press (collectively, "Press Movants"), by and through their undersigned counsel, respectfully move to intervene and unseal the judicial records, transcripts, and briefs in this case discussing Alabama's execution protocols pursuant to the public's First Amendment and common-law rights of access.

Dated:   March 28, 2018

Respectfully submitted,

By: /s/ *John G. Thompson*
One of the Attorneys for
Press Movants

John G. Thompson
jthompson@lightfootlaw.com
Gabriella E. Alonso
galonso@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
Tel: (205) 581-0700
Fax: (205) 581-0799

David A. Schulz, *pro hac vice*
John Langford, *pro hac vice*
Catherine Martinez (law student intern)
Michael Morse (law student intern)
Charlie Seidell (law student intern)
Delbert Tran (law student intern)
MEDIA FREEDOM AND
  INFORMATION ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
P.O. Box 208215
New Haven, CT 06520
Tel: (203) 432-9387
Fax: (203) 432-3034
Email: schulzd@ballardspahr.com

*Counsel for Press Movants*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, a true and correct copy of the foregoing was filed with Clerk of the Court using the CM/ECF system, which will send electronic notification to counsel of record.

/s/ *Gabriella E. Alonso*
OF COUNSEL