# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DOYLE LEE HAMM,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] |
| | ] |
| **JEFFERSON S DUNN, COMMISSIONER,** | ] |
| **ALABAMA DEPARTMENT OF** | ] |
| **CORRECTIONS;** | ]   **2:17-cv-02083-KOB** |
| **CYNTHIA STEWART, WARDEN,** | ] |
| **HOLMAN CORRECTIONAL FACILITY;** | ] |
| **LEON BOLLING, III, WARDEN,** | ] |
| **DONALDSON CORRECTIONAL FACILITY;** | ] |
| **OTHER UNKNOWN EMPLOYEES AND** | ] |
| **AGENTS, ALABAMA DEPARTMENT OF** | ] |
| **CORRECTIONS** | ] |
| | ] |
| **Defendants.** | ] |

## ORDER

In the accompanying memorandum opinion and order, the court held that the public has a right to access a *redacted* version of Alabama's lethal injection protocol and related court records.  The court found that the public's interest in accessing information about Defendants' method of executing death-sentenced inmates outweighs the Defendants' interest in keeping the protocol confidential.  But the court *also* finds that the protocol includes sensitive security information and information that could identify particular individuals involved in executions, and Defendants have a protected interest in keeping *that* information confidential; Defendants' security interest outweighs the public's interest in that information.  Indeed, the Intervenors seek information more directly related to the process of execution than the activities in the 24-hour window of time leading up to the execution, and they themselves suggest redacting information

that could reveal the identities of "low-level prison officials involved in the execution." (Doc. 108 at 21–22, 30).

As a result, the court ORDERS Defendants to submit to the court, **under seal**, a copy of the lethal injection protocol that redacts *only* security information and information that could be used to identify individuals involved in executions. Specifically, Annexes C and D should not be redacted, and redactions in Section IX(I)–(T) shall be minimal. If Defendants seek to redact any other information contained in the protocol, they may file, **under seal**, a motion to redact that other information, which the court will review before releasing the protocol. Defendants must file the sealed redacted lethal injection protocol and their motion, if necessary, **on or before June 7, 2018.**

Finally, Defendants must advise the court **on or before June 7, 2018**, if any of the other court records that the court will unseal (docs. 53, 54, 71) contain similar security or identifying information that must be redacted.

**DONE** and **ORDERED** this 30th day of May, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE