FILED

2019 Oct-16  AM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DOYLE LEE HAMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:17-cv-02083-KOB |
| JEFFERSON S. DUNN, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' SUBMISSION OF REDACTED
## LETHAL INJECTION PROTOCOL

Come now the Defendants, the Commissioner of the Alabama Department of Corrections, et al., through the Alabama Attorney General's Office, and, in compliance with this Court's order of October 15, 2019 (Doc. 139), file a redacted version of the lethal injection protocol, attached as Exhibit A.

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

**_s/ Beth Jackson Hughes_**
Beth Jackson Hughes
*Alabama Assistant Attorney General*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019, I served the above motion by e-mail

to the following:

**Bernard Harcourt** and **John Palombi**
*Counsel for Plaintiff Doyle Lee Hamm*

**John G. Thompson, David A. Schulz,** and **John Langford**
*Counsel for Intervenor Plaintiffs*

*s/ Beth Jackson Hughes*
Beth Jackson Hughes
*Alabama Assistant Attorney General*

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-8400 Fax
bhughes@ago.state.al.us